```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  DENNISE D. WILLETT
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office
    VIBHAV MITTAL
 4  California State Bar No. 257874
    Assistant United States Attorney
 5       United States Courthouse
         411 W. Fourth Street, 8th Floor
 6       Santa Ana, California 92701
         Telephone:  (714) 338-3534
 7       Facsimile:  (714) 338-3708
         E-Mail:     Vibhav.Mittal@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. SA 12-448M |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR |
| v. | ) DESIGNATION AND DETENTION OF |
| JESUS QUINONES-CHAVEZ, | ) MATERIAL WITNESS |
| Defendant. | ) |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that MARIA GUADALUPE ROMERO-GUTIERREZ ("ROMERO") is hereby declared to be a material witness in the above-captioned case.

//

//

//

IT IS HEREBY FURTHER ORDERED that the aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California.

DATED: 9/28/12

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ _____
VIBHAV MITTAL
Assistant United States Attorney